Ryoichi Tamai and Others, Appellants, v. International Steamship Company, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Naday & Fleischer, Inc., Appellant, v. Charles M. Goldberg, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Hector M. Hitchings, as Trustee of the Estate of Maggie S. Paine, Appellant, v. Walter L. Hiller, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Walter Boecher, Respondent, v. Southern Boulevard Railroad Company and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Mary Jacobs and Others, as Executors, etc., of Wolf Jacobs, Deceased, Respondents, v. Charles Lask, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

D. Frederick Pride, Appellant, v. Westinghouse, Church, Kerr & Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Irving Kenner, Respondent, v. Augusta W. Pothemont and Another, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of Alfred L. Becker, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of William M. Aydelotte, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of Jacob Makay, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

Eugene Saxe v. Sugarland Manufacturing Company.— Motion denied and appellant directed to re-serve notice of argument and appellant's points at least ten days before May 8, 1922. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Irving Kemp v. S. Charles Fisher.— Motion to dismiss appeal granted, with ten dollars costs unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of Alfred Crook, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

L. Samuel Manson v. Joseph M. Wright, as Administrator, etc.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.